#129199
#732773

FILED
2011 JAN 13 PM 4:13
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                    *           CASE # 06-30595 W
                                      CHAPTER 13
                          *
Steward, Carolyn Y
Debtor                    *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. The name(s) of the person(s) to whom such non-negotiated checks were issued, the amounts of such check(s) and the check number(s) are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 704491 | Toledo Metro Federal Credit Union 1212 Adams St Toledo, OH 43604 | 105.42 | 8/31/10 |

2. Your trustee's check #732773 for a total of $105.42 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 12/22/10

John P. Gustafson
Trustee in Bankruptcy